UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA GUH-SIESEL<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, et al.,<br><br>Defendants. | Case No. 14-cv-04523-BLF   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: March 26, 2015<br>Mediator: Mark Humbert |

IT IS HEREBY ORDERED that the request to excuse defendants from appearing in person at the March 26, 2015, mediation before Mark Humbert is GRANTED. The excused representatives shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: March 20, 2015

_____
Maria-Elena James
United States Magistrate Judge